564

*Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *F. Edward Mitchell* for respondent. █

No. 919. CHESAPEAKE & OHIO RY. CO. *v.* THOMAS. May 31, 1932. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Mr. C. W. Strickling* for petitioner. *Mr. A. A. Lilly* for respondent.

No. 925. UNITED STATES *v.* FLENSBURGER DAMPFER-COMPAGNIE. May 31, 1932. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Thacher* for the United States. *Messrs. Maxwell C. Katz, Otto C. Sommerich,* and *Edwin M. Borchard* for respondent.

No. 927. ERLANGER TREMONT THEATRE CORP. *v.* ELLSMORE. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Romney Spring* for petitioner. *Mr. George R. Farnum* for respondent.

No. 931. DAVIS *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Wm. J. Berne* for petitioner. *Solicitor General Thacher,* and *Messrs. John S. Pratt, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for the United States.

No. 933. EASTERDAY ET AL. *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Circuit Court